Case: 1:22-mj-00255
Assigned To : Harvey, G. Michael
Assign. Date : 11/14/2022
Description: Complaint W/ Arrest Warrant

**STATEMENT OF FACTS**

1. As described herein, a law enforcement investigation has revealed Defendant Terron Gaffney's ("GAFFNEY") unlawful possession of a firearm and ammunition, including specifically GAFFNEY's actual and/or constructive possession of a firearm equipped with a type of machinegun conversion device often referred to as a "Glock switch," which allows a conventional semi-automatic Glock pistol to function as a fully automatic firearm.

2. On February 10, 2022, law enforcement members from the United States Postal Inspection Service; Bureau of Alcohol, Tobacco, Firearms and Explosives; and Metropolitan Police Department executed a federal anticipatory search warrant, Case No. 22-SW-24, issued by the United States District Court for the District of Columbia (the "Search Warrant"), following a successful controlled delivery of a parcel at 2310 E Street NE, Washington, D.C. (the "Premises"). The Search Warrant and controlled delivery were based on an international mail parcel addressed to the Premises, which was intercepted by law enforcement and found to contain approximately 40 machinegun conversion devices.

3. Upon executing the Search Warrant following the controlled delivery, law enforcement discovered four adults (WITNESS-1, WITNESS-2, WITNESS-3, and WITNESS-4) and four children present inside the Premises. GAFFNEY was not present. The controlled delivery parcel was found opened in a first-floor bedroom belonging to WITNESS-1 ("Bedroom-1"), as depicted below:



4. Inside Bedroom-1, law enforcement found a safe located under the bed, which was found to contain the following, as also depicted below:

   a. a Glock 26, 9 mm caliber firearm, Serial No. ADMR634, with a magazine, equipped with a suspected Glock switch conversion device;

   b. a plastic bag containing suspected Glock switch conversion device components/parts;

1

      c. assorted firearm magazines, including a Glock extended magazine and 5.56 x 45 caliber magazines; and

      d. assorted ammunition, including 9 mm and .45 caliber ammunition.





      5. A trace report revealed that the Glock 26, 9 mm firearm was previously purchased in Jacksonville, Florida in July 2019. Law enforcement has not discovered any connection between the purchaser and GAFFNEY, the Premises, or WITNESSES 1-4.

      6. Law enforcement also located assorted ammunition in multiple calibers in and around the dresser in Bedroom-1.

      7. The search revealed multiple items belonging to WITNESS-1 in Bedroom-1, including personal items and documentation bearing WITNESS-1's name. The search also revealed multiple items of GAFFNEY's or bearing GAFFNEY's name in Bedroom-1 as well, including: a District of Columbia Department of Corrections identification bracelet; a United States Federal Bureau of Prisons identification card; District of Columbia Gun Offender Registry

2

documentation; another identification bracelet; and custom glass pieces bearing the name "Ron" and containing ammunition (among other items), as depicted below:







3

8. The ATF Firearms Technology Criminal Branch ("ATF FTCB") analyzed and tested the Glock 26, 9 mm caliber firearm, suspected Glock switch conversion device installed on the firearm, and the suspected Glock switch conversion device components/parts seized from the safe in Bedroom-1. The ATF FTCB determined the following:

   a. the Glock 26, 9 mm caliber firearm had been modified by the replacement of the slide cover plate with the body/housing of a machinegun conversion device;

   b. the plastic bag of conversion device components/parts included two selectors, one main body/housing, one unbroken "leg," and one broken "leg";

   c. the ATF FTCB was able to assemble two separate devices by combining the components/parts inside the bag with the Glock firearm that was equipped with the body/housing of a device;

   d. one of the two assembled devices enabled a Glock pistol to shoot automatically and therefore are parts designed and intended for use in converting a weapon into a machinegun;

   e. the second assembled device was inoperable due to the damaged/broken "leg" component; however, the ATF FTCB determined that an inoperable or broken conversion device is repairable and therefore is a combination of parts designed and intended for use in converting a weapon into a machinegun; and

   f. in addition, the Glock 26, 9 mm caliber firearm functioned as a machinegun when equipped with the assembled conversion device.

9. Law enforcement also seized and searched multiple digital devices at the Premises pursuant to the Search Warrant. After extraction, law enforcement subsequently discovered the following image of GAFFNEY on WITNESS-2's digital device:



10. Metadata associated with the above photograph indicates that the file is dated December 19, 2021. As depicted above, the image shows GAFFNEY seated in the front passenger seat of a vehicle, while holding an infant child in GAFFNEY's lap and a firearm in GAFFNEY's right hand. The firearm in GAFFNEY's right hand is consistent in appearance with the Glock 26, 9 mm firearm seized in the safe in Bedroom-1 at the Premises. In addition, the firearm depicted in this photograph also appears to be equipped with a Glock switch machinegun conversion device. In addition, the child in the photograph appears to be the son of GAFFNEY and WITNESS-1. Law enforcement also learned that GAFFNEY was incarcerated at the District of Columbia Department of Corrections from approximately February 6, 2020, through December 15, 2021.

11. Law enforcement's investigation has revealed multiple connections between GAFFNEY, WITNESS-1, and Bedroom-1 at the Premises where the Glock 26, 9 mm caliber firearm, Glock switch conversion device and related components/parts, and ammunition were found during the search on February 10, 2022. For example, the following two photographs dated December 24, 2021, depict GAFFNEY holding an assault rifle-style firearm:

 

Based on the interior of the bedroom in the photographs, your affiant recognizes the location to be Bedroom-1 at the Premises. In addition, the image in the mirror in the first photograph appears to show WITNESS-1 taking the photographs of GAFFNEY while laying in bed in Bedroom-1.

5

12. In addition, the following photograph dated December 16, 2021, depicts GAFFNEY holding GAFFNEY's and WITNESS-1's child while standing inside the entrance to the Premises:



13. Similarly, the following photograph dated December 30, 2021, depicts GAFFNEY inside the basement of the Premises:



14. In addition, law enforcement discovered a package sent via the United States Postal Service addressed to GAFFNEY at the Premises, which records revealed was delivered on approximately June 13, 2022.

15.     GAFFNEY is a musical performer who performs under the name "Dough Curry." In a music video for GAFFNEY's song "OFFLINE," publicly available on YouTube[1], another performer states, "Bruh, get that switch with a regular Glock" while GAFFNEY is dancing next to him. GAFFNEY also makes multiple references to fully automatic firearms in the song, including by making a sound similar to that of a machinegun and referencing a "fully AR." In addition, in a music video for GAFFNEY's song "Day to Day," publicly available on YouTube[2], GAFFNEY states, "Hitting your ass with a fully equip," and later states "that Glock 22 is going keep me safe, that Glock 22, put it right in your face." Based on my training and experience, your affiant recognizes these lyrics to be referencing Glock switch machinegun conversion devices and firearms that have been converted and/or equipped to function as fully automatic machineguns.

16.     There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the Glock 26, 9 mm firearm and ammunition seized at the Premises referenced herein would have traveled in interstate commerce prior to being in the possession of GAFFNEY on or before February 10, 2022.

17.     A criminal history check of GAFFNEY revealed that GAFFNEY has previously been convicted of Robbery in D.C. Superior Court, Case No. 2016 CF3 010578. On October 3, 2017, GAFFNEY was sentenced to 24 months imprisonment (YRA) and three years of supervised release for that conviction. On March 2, 2018, Judge Juliet McKenna denied GAFFNEY's request to reduce his sentence. In addition, GAFFNEY was previously convicted of Unlawful Possession of a Firearm (Prior Conviction > 1 year) in D.C. Superior Court, Case No. 2020 CF2 002611. On February 17, 2021, GAFFNEY was sentenced to 14 months of imprisonment and three years of supervised release for that conviction.

18.     Therefore, as of February 10, 2022, GAFFNEY was aware that he had at least one prior conviction for a crime punishable by imprisonment for a term exceeding one year.

*       *       *

---

[1]   Available at https://www.youtube.com/watch?v=WQQOx-TmpUU.

[2]   Available at https://www.youtube.com/watch?v=7hNO-5Jegj4.

7

19.     In summary, GAFFNEY was a prohibited person who possessed a firearm, ammunition, a machinegun conversion device, and parts designed and intended for use in converting a weapon into a machinegun (as defined in 26 U.S.C. § 5845(b)). Therefore, your affiant believes there is probable cause to establish the offenses of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 922(o)(1).

_____
INSPECTOR BRIAN HARRIS
UNITED STATES POSTAL INSPECTION SERVICE

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on November 14, 2022.*

_____
HON. G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE