AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

*10136 403*

for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | **Case: 1:22-mj-00255** |
| **TERRON GAFFNEY** | ) | **Assigned To : Harvey, G. Michael** |
| | ) | **Assign. Date : 11/14/2022** |
| | ) | **Description: Complaint W/ Arrest Warrant** |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                **TERRON GAFFNEY**                ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) – Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime
Punishable by Imprisonment for a Term Exceeding One Year
18 U.S.C. § 922(o)(1) – Unlawful Possession of a Machinegun .

Date:   11/14/2022

G. Michael Harvey
Digitally signed by G.
Michael Harvey
Date: 2022.11.14
16:00:48 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11/14/2022 , and the person was arrested on *(date)* 05/08/2024 at *(city and state)* Washington DC . |

Date:  05/08/2024

*Arresting officer's signature*

Derek Stallman - DUSM
*Printed name and title*